UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CARLOS ROBLES, on behalf of
himself and all others similarly situated et al.,

                Plaintiffs,

    -against-

ROBERT DOAR et al.,

               Defendants.
-------------------------------------------------------X

09 Civ. 5851 (RMB)

**ADMINISTRATIVE ORDER**

      In light of the settlement conference in this matter to be held before Judge Ellis on July 27, 2010, the conference before this Court on July 7, 2010 is vacated. The parties are instead directed to appear before this Court for a status conference on August 17, 2010 at 10:30 a.m in Courtroom 21B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
         June 23, 2010

_____
**RICHARD M. BERMAN, U.S.D.J.**